[No. 3886-1. Division One. October 3, 1977.]

JUDITH S. PETERICK, *as Administratrix, Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

IRIS J. WILSON, ET AL, *Appellants,* v. EXPLOSIVES CORPORATION OF AMERICA, ET AL, *Respondents.*

JUDITH S. PETERICK, *as Administratrix, Appellant,*
v. EXPLOSIVES CORPORATION OF AMERICA,
ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 770474, 771800, 771833, Robert W. Winsor, J., entered May 19 and June 12, 1975. *Affirmed* by unpublished per curiam opinion.